FILED
Oct 08 2021
12:42 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ AmyC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RENE ROBERT RUIZ,<br><br>　　　　　Defendant. | Case No. '21 CR2911 GPC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony); Title 18, U.S.C., Sec. 111(a)(1) and (b) - Assault on a Federal Officer Inflicting Bodily Injury (Felony) |

　　The grand jury charges:

Count 1

　　On or about May 17, 2021, within the Southern District of California, defendant RENE ROBERT RUIZ intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection Officer, G. Hernandez, while Officer Hernandez was engaged in and on account of the performance of his official duties, such acts involving physical contact with Agent Hernandez, that is, defendant RENE ROBERT RUIZ struck Agent Hernandez in the head; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

PEBE:cms:10/8/21

<u>Count 2</u>

On or about May 17, 2021, within the Southern District of California, defendant RENE ROBERT RUIZ intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit, United States Customs and Border Protection Officer G. Hernandez, while Officer Hernandez was engaged in and on account of the performance of his official duties, such acts inflicting bodily injury; in violation of Title 18, United States Code, Sections 111(a)(1) and (b), a felony.

DATED: October 8, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
PAUL E. BENJAMIN
Assistant U.S. Attorney